**Entered on Docket**
**December 18, 2009**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank NA
09-77177

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-26800-MKN |
| Gabriel Grijalva and Maria E. Grijavla | Date: 11/18/09<br>Time: 1:30 p.m. |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor US Bank NA, its assignees and/or successors in interest, of the subject property,

generally described as 5412 Silverheart Avenue, Las Vegas, NV 89142, and legally described as

follows:

    LOT ONE HUNDRED SEVEN (107) IN BLOCK SEVEN (7) OF COLLAGE UNIT NO. 11,
AS SHOWN BY MAP THEREOF ON FILE IN BOOK 51 OF PLATS, PAGE 33, IN THE
OFFICE THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtors at least five business days' notice of the time, place and date of sale.**

3    DATED this _____ day of _____ 2009

4    Submitted by:

5    **WILDE & ASSOCIATES**

6    By:___/s/Gregory L. Wilde, Esq____
     **Gregory L. Wilde, Esq.**
7    Attorney for Secured Creditor
8    208 South Jones Boulevard
     Las Vegas, Nevada 89107
9
10   APPROVED / DISAPPROVED

11   By:_____
     Eric Palacios
12   1904 S. Maryland Pkwy.
     Las Vegas, NV 89104
13   Attorney for Debtor(s)

14   Nevada Bar No:_____

15

16   APPROVED / DISAPPROVED

17   By:_____
     Timothy S. Cory
18   8831 West Sahara Ave.
     Las Vegas, NV  89117
19   Chapter 7 Trustee

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_  approved the form of this order          _____  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or   \_x\_   failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_  approved the form of this order          _____  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or   \_\_x\_  failed to respond to the document

Other Party:_____

\_\_\_\_  approved the form of this order          _____  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or   \_\_\_\_\_  failed to respond to the document

Breach Order:

\_\_\_\_\_  This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor